

95 So.2d 927

## S. M. PORCH
### v.
### STATE.
8 Div. 792.

Court of Appeals of Alabama.

Nov. 20, 1956.

Smith & Moore, Guntersville, for appellant.

John Patterson, Atty. Gen., and Robt. G. Kilgore, Jr., Asst. Atty. Gen., for the State.

PRICE, Judge.

Affirmed on authority of Porch v. State, 38 Ala.App. 565, 89 So.2d 694.

Certiorari denied 265 Ala. 699, 89 So.2d 698.

101 So.2d 336

## S. W. (Pat) PATRICK
### v.
### STATE.
7 Div. 453.

Court of Appeals of Alabama.

Dec. 18, 1956.

Rehearing Denied Jan. 15, 1957.

E. W. Harmon, Anniston, for appellant.

John Patterson, Atty. Gen., for the State.

CATES, Judge.

Affirmed.

Certiorari denied by Supreme Court in Patrick v. State, 267 Ala. 696, 101 So.2d 336.

95 So.2d 927

## William COGGIN, alias,
### v.
### STATE.
8 Div. 788.

Court of Appeals of Alabama.

Jan. 29, 1957.

Griffin, Ford, Caldwell & Ford, Huntsville, for appellant.

John Patterson, Atty. Gen., and J. Noel Baker, Asst. Atty. Gen., for the State.

CATES, Judge.

Affirmed.